# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FS-09-27

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 15 2009

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

| Mary E. Harkins | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:08cv1344 |
| Ed Webb | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   07/28/2009  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: September 1, 2009

**Fernando Galindo, Clerk**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

FILED
IN OPEN COURT

JUL 28 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# United States District Court

EASTERN DISTRICT OF VIRGINIA

MARY E. HARKINS,          JUDGMENT IN A CIVIL CASE

    Plaintiff,

    v.          CASE NUMBER: 1:08CV1344

TERRI CONSOLMAGNO, et al.,

    Defendant.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Plaintiff, Mary E. Harkins, and against the Defendant, Ed Webb, in the aggregate amount of $36,728.40 ($36,400.00 in damages and $328.40 in costs) in accordance with the Order dated July 28, 2009.

ORDER attached.

July 28, 2009          Fernando Galindo
Date          Clerk of Court

         (By) Deputy Clerk

FILED
IN OPEN COURT

JUL 2 8 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARY E. HARKINS,                )
                                )
                                )
         Plaintiff,             )
                                )   Civil Action No.: 1:08-cv-1344
v.                              )
                                )
TERRI CONSOLMAGNO, et al.,      )
                                )
         Defendants.            )

## ORDER

This matter comes before the Court on *pro se* Plaintiff Mary Harkins's Motion for Summary Judgment against Defendant Ed Webb (Dkt. no. 42). Defendant Webb did not respond to Plaintiff's Motion, which the Court finds was properly served, and also failed to appear at the July 24, 2009 Summary Judgment hearing. Additionally, Defendant Webb failed to reply to any of Plaintiff's discovery requests. Upon careful consideration of Plaintiff's Motion for Summary Judgment and the memorandum in support, for the reasons stated in open court, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment against Defendant Ed Webb (Dkt. no. 42) is GRANTED in part and DENIED in part. Specifically, the portion of Plaintiff's Motion relating to the Conversion claim is DENIED. However, the portion of Plaintiff's Motion relating to her Fraud and Fraud in the Inducement claims is GRANTED because Plaintiff has proven each element of these claims by clear and convincing evidence. *See Richmond Metro. Auth. v. McDevitt Street Bovis, Inc.*, 256 Va. 553, 557-58 (1998) ("A plaintiff

asserting a cause of action for actual fraud bears the burden of proving by a clear and convincing evidence the following elements: (1) a false representation, (2) of a material fact, (3) made intentionally and knowingly, (4) with intent to mislead, (5) reliance by the party misled, and (6) resulting in damage to the party misled."); *Lucas v. Thompson*, 2003 WL 483831 at *3 (Va. Cir. Ct. 2003) ("In order to state a cause of action for fraud in the inducement of a contract, a party must allege that the misrepresentations were positive statements of fact, made for the purpose of procuring the contract; that they are untrue, that they are material, and that the party to whom they were made relied upon them, and was induced by them to enter the contract.").

Accordingly, it is ORDERED that judgment is ENTERED in favor of Plaintiff Harkins and against Defendant Webb in the aggregate amount of $36,728.40. This aggregate sum is comprised of $36,400 in damages and $328.40 in costs.

It is further ORDERED that the Clerk of Court is directed to enter judgment against Defendant Webb.

ENTERED this 28th day of July, 2009.

Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK